1

2

3

4                          UNITED STATES DISTRICT COURT

5                         EASTERN DISTRICT OF CALIFORNIA

6

7    DOROTHY YORK,                           1:16-cv-01034-EPG (PC)

8                     Plaintiff,
                                             ORDER TO SUBMIT APPLICATION
9         v.                                 TO PROCEED IN FORMA PAUPERIS
                                             OR PAY FILING FEE WITHIN 45 DAYS
10   CDCR MEDICAL,

11                   Defendant.

12

13        Plaintiff is a state prisoner proceeding *pro se* in a civil rights action pursuant to 42 U.S.C.

14   § 1983.  Plaintiff has not paid the $400.00 filing fee, or submitted an application to proceed *in*

15   *forma pauperis* pursuant to 28 U.S.C. § 1915.

16        Accordingly, IT IS HEREBY ORDERED that:

17        Within forty-five (45) days of the date of service of this order, plaintiff shall submit the

18   attached application to proceed *in forma pauperis*, completed and signed, or in the alternative,

19   pay the $400.00 filing fee for this action.  **No requests for extension will be granted without a**

20   **showing of good cause**.  Within sixty (60) days of the date of service of this order, plaintiff shall

21   submit a certified copy of his/her prison trust statement for the six month period immediately

22   preceding the filing of the complaint. **Failure to comply with this order will result in dismissal**

23   **of this action.**

24
     IT IS SO ORDERED.
25

26   Dated:   **July 26, 2016**                    /s/ Erica P. Grosjean
                                                   UNITED STATES MAGISTRATE JUDGE
27

28