UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOROTHY YORK, | Case No. 1:16-cv-01034-EPG (PC) |
| Plaintiff, | RULE 16 DISCOVERY ORDER FOLLOWING INITIAL SCHEDULING CONFERENCE |
| v. | |
| TOCHI E. EZENWUGO., et al., | |
| Defendants. | |

Dorothy York ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action filed pursuant to 42 U.S.C. § 1983. On August 21, 2017, the Court held an Initial Scheduling Conference ("Conference"). Plaintiff telephonically appeared on her own behalf. Counsel Daniel Benjamin Alweiss telephonically appeared on behalf of Defendant Tochi E. Ezenwugo.

During the conference, the parties discussed the relevant documents in this case and their possible locations. It appeared that most, if not all, relevant documents had already been disclosed. In an effort to secure the just, speedy, and inexpensive disposition of this action, after consideration of factors in Rule 26(b)(1) of the Federal Rules of Civil Procedure, and for the reasons discussed at the scheduling conference, the Court orders the parties to produce the following documents within their possession custody and control (unless they are aware that

the remaining parties already have possession of those documents): medical records or any other documents concerning the hand injury referenced in the First Amended Complaint.

To the extent a party objects to production of any documents because they are privileged or confidential, such party shall inform the other parties of its objection and serve a privilege log as applicable.

IT IS SO ORDERED.

Dated: __**August 21, 2017**__      /s/ Eric P. Gross
                                    UNITED STATES MAGISTRATE JUDGE